**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00923-CV

**CURTIS MAYS, Appellant**

**V.**

**PIPER HUNN, TRISHA MOORE AND
RED DOG PROPERTIES, LLC, Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-17-04535-C**

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated August 20, 2019, we notified the Dallas County Clerk that the clerk's record was overdue and directed him to file the clerk's record within thirty days. Also by postcard dated August 20, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law. No. 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, neither the Dallas County Clerk's office nor Ms. Wright have responded to our notices regarding the record in this appeal.

Accordingly, this Court **ORDERS** the Dallas County Clerk, to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is

not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the clerk's record. *We notify appellant that if we receive verification he is not indigent and has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We also **ORDER** Ms. Wright, Official Court Reporter for County Court at Law No. 3, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Sally Montgomery
Presiding Judge
County Court at Law No. 3

John Warren
Dallas County Clerk

Janet Wright
Official Court Reporter
County Court at Law No. 3


/s/      BILL WHITEHILL
         JUSTICE